George E. MAYOR, Plaintiff In Error, v. CENTRAL VERMONT RAILWAY COMPANY, Defendant in Error.

Circuit Court of Appeals, Second Circuit.
May 21, 1928.

No. 295.

In Error to the District Court of the United States for the Southern District of New York; Frank J. Coleman, Judge.

For opinion below, see 26 F.(2d) 905.

Alfred T. Rowe, of New York City (Leonard F. Fish, of New York City, of counsel), for plaintiff in error.

Wallace R. Foster, of New York City (John W. Redmond, of Newport, Vt., and Horace H. Powers, of St. Albans, Vt., of counsel), for defendant in error.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.